Snyder et ux. v. Hopkins.

*Appeal from Ozark Circuit Court.*

*John S. Meddill,* for respondent.

————◄●●●►————

JOSEPH E. SNYDER AND THERESA SNYDER, Plaintiffs in Error, *v.* CHARLES G. HOPKINS, Defendant in Error.

*Practice—Supreme Court.*—The parties cannot by agreement submit a case to the Supreme Court upon the merits without filing an assignment of errors or briefs.

*Error to Kansas City Common Pleas Court.*

*M. D. Trefen,* for plaintiffs in error.

*J. Browne Hovey,* for defendant in error.

HOLMES, Judge, delivered the opinion of the court.

In this case, the attorneys of the parties file an agreement to submit the case upon the record, without assignment of errors, joinder in error, or briefs. This kind of practice cannot be allowed. We discover no error in the judgment of the court below.

Judgment affirmed. The other judges concur.